MARGARET A. KANE, Respondent, *v.* RICORO ESTATES, INC., et al., Defendants, and AARON B. SALANT, Appellant.

Submitted March 22, 1937; decided June 2, 1937.

*Harold E. Brennan* for motion.
*Elwood G. Feldstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars of motion, unless the appeal from the judgment of foreclosure is brought on for argument at the October, 1937, session of this court.